# United States Court of Appeals

## For the First Circuit

No. 11-1663

FISHMAN TRANSDUCERS, INC.,

Plaintiff, Appellant,

v.

STEPHEN PAUL, d/b/a Esteban; DAYSTAR PRODUCTIONS;
HSN INTERACTIVE LLC,

Defendants/Third-Party Plaintiffs-Appellees.
_____

FORCE USA, INC.; FORCE, LTD.,

Third-Party Defendants.

**ERRATA**

The opinion of this Court, issued on July 3, 2012, should be amended as follows.

On page 6, line 6 of 1st paragraph, replace "(section 1125@)" with "(section 1125(c))".